# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| WILLIAM C. ROBBINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> SEQUIUM ASSETS SOLUTIONS, LLC, <br><br> Defendant. | CV 220-017 |

### ORDER

Before the Court is Plaintiff William Robbins' notice of voluntary dismissal, dkt. no. 12, wherein Plaintiff notifies the Court that he wishes to dismiss this action with prejudice. While Plaintiff moves pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal is actually pursuant to 41(a)(1)(A)(ii). See Fed. R. Civ. P. 41(a)(1)(A) (noting that a plaintiff may dismiss an action without a court filing before either an answer or motion for summary judgment is served, or, after an answer or motion for summary judgment is signed, by a stipulation of dismissal signed by all parties who have appeared). Here, Defendant Sequium Assets Solutions, LLC has not signed the dismissal. However, Defendant did sign the notice of settlement filed by the parties on July 20, 2020. Dkt. No. 11. As such, and there being no opposition by Defendant, the Court **GRANTS** Plaintiff's motion to dismiss.

Accordingly, all claims asserted in this action are **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 24 day of September, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA